# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ROSSER, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br><br>          vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br><br>                                      Defendant. | Case No.  2:23-cv-01171-CJC-KES<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

ORDER

BASED UPON THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. All claims asserted individually by Plaintiff Nicole Rosser are dismissed without prejudice, and the putative class claims are dismissed without prejudice; and,

2. Each side shall be responsible for and bear its own costs and expenses.

Dated: August 8, 2023

Hon. Cormac J. Carney
United States District Court Judge

ORDER